# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137383

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                               SC: 137383
                                                COA: 286315
                                                Wayne CC: 07-023399
DARNEAU ANTONIO GRANT,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 8, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

d0316